MARY DOROBIS v. ALVIN GLADSTONE.

Jan. 14, 1980.  Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK S. MANN.

Jan. 14, 1980.  Petition for certification denied.  (See 171 *N.J.Super.* 173)

EUGENE ANDERSON v. GARY J. HILTON.

Jan. 14, 1980.  Petition for certification denied.

RITA G. KELHOFFER v. WILLIAM S. KELHOFFER.

Jan. 14, 1980.  Petition for certification denied.

STATE OF NEW JERSEY v. JAMES J. CASHIN.

Jan. 14, 1980.  Petition for certification denied.

IN THE MATTER OF THE GUARDIANSHIP OF JOSE JONES.

Jan. 14, 1980.  Petition for certification denied.  (See 170 *N.J.Super.* 478)